Do not file this form as part of the public case file. This form must be submitted
separately and must not be included in the court's public electronic records.
Please consult local court procedures for submission requirements.

B21 (Official Form 21) (12/12)

# UNITED STATES BANKRUPTCY COURT

In re _Robert Powell_____,                    )
[Set forth here all names including married, maiden,    )
and trade names used by debtor within last 8 years]     )
                                                        )
                        Debtor                          )   Case No. _____
Address _____               )
                                                        )   Chapter ____7_____
        _____               )
                                                        )
Last four digits of Social-Security or Individual Taxpayer-   )
Identification (ITIN) No(s).,(if any):  3344            )
                                                        )
_____               )
Employer Tax-Identification (EIN) No(s).(if any):       )
                                                        )
_____               )

## STATEMENT OF SOCIAL-SECURITY NUMBER(S)
### (or other Individual Taxpayer-Identification Number(s) (ITIN(s)))*

1. Name of Debtor (Last, First, Middle): _____
(Check the appropriate box and, if applicable, provide the required information.)

☐ Debtor has a Social-Security Number and it is: 349 72 3344
        (If more than one, state all.)
☐ Debtor does not have a Social-Security Number but has an Individual Taxpayer-Identification
        Number (ITIN), and it is: _____
        (If more than one, state all.)
☐ Debtor does not have either a Social-Security Number or an Individual Taxpayer-Identification
        Number (ITIN).

2. Name of Joint Debtor (Last, First, Middle): _____
(Check the appropriate box and, if applicable, provide the required information.)

☐ Joint Debtor has a Social-Security Number and it is: _____
        (If more than one, state all.)
☐ Joint Debtor does not have a Social-Security Number but has an Individual Taxpayer-Identification Number
        (ITIN) and it is: _____
        (If more than one, state all.)
☐ Joint Debtor does not have either a Social-Security Number or an Individual Taxpayer-Identification
        Number (ITIN).

I declare under penalty of perjury that the foregoing is true and correct.

X _Robert Powell_____          12/14/12
                Signature of Debtor                        Date

X _____        _____
                Signature of Joint Debtor                  Date

_____

*Joint debtors must provide information for both spouses.
Penalty for making a false statement: Fine of up to $250,000 or up to 5 years imprisonment or both. 18 U.S.C. §§ 152
and 3571.